**THE WEISS LAW GROUP, LLC**
Brett Weiss, #02980
6404 Ivy Lane, Suite 650
Greenbelt, Maryland 20770
Telephone: (301) 924-4400
Facsimile: (240) 627-4186
brett@BankruptcyLawMaryland.com

*Counsel to the Debtor and the Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| In re:<br><br>**HOME SWEET HOME DD, INC.,**<br><br>*Debtor.* | Bankruptcy No. 21-1-0213 DER<br><br>Chapter 11 |
|---|---|

**DEBTOR'S APPLICATION FOR EMPLOYMENT OF COUNSEL**

**NOW COMES** Debtor, by and through above stated counsel, and hereby submits this Application for an Order authorizing the Debtor to employ and retain The Weiss Law Group, LLC and Brett Weiss (individually and collectively "Applicant") as Counsel. In support of this Application, the Debtor respectfully states as follows:

***Jurisdiction and Venue***

1. This Court has jurisdiction over this Chapter 11 Case and this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Pursuant to 28 U.S.C. § 157(b)(2), this is a core proceeding. Venue is proper in this District pursuant to 28 U.S.C. § 1409 because the underlying bankruptcy case is pending in this court. To the extent this Court may lack the authority to enter a final judgment in this matter pursuant to the holdings in *Stern v. Marshall*, 564 U.S. 462, 131 S.Ct. 2594 (2011) and *Wellness International Network, Ltd. v. Sharif,* 575 U.S. 665, 135 S. Ct. 1932 (2015), and pursuant to Rule 7008(a), Applicant consents to this Court's entry of a final judgment.

2. The statutory and legal predicates for the relief requested herein are 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014.

***Background***

3. On the Petition Date, January 12, 2021, the Debtor commenced a voluntary case under Chapter 11 of the Bankruptcy Code.

4. Home Sweet Home DD, Inc. (HSH) filed the within case under the Small Business Reorganization Act provisions of Chapter 11 of the Bankruptcy Code on January 12, 2021. It intends to continue in the possession of its property and to manage its affairs as a Debtor-in-Possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No Trustee or Examiner has been requested or appointed. No Subchapter V Trustee has yet been appointed.

***Discussion***

5. HSH desires to retain and employ Applicant pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) to perform all legal services in these proceedings as more fully set forth below.

6. To enable the Debtor to perform its duties as Debtor-in-Possession and to effect the proper and expeditious administration of this case, Applicant anticipates providing legal services to the Debtor-in-Possession in connection with this case, including, but not limited to, the following:

(a) Providing legal advice with respect to the powers, rights, and duties of the Debtor and Debtor-in-Possession;

(b) Providing legal advice and consultation related to the legal and administrative requirements of this case, including assisting Applicant in complying with the procedural requirements of the Office of the United States Trustee and the Subchapter V Trustee;

(c) Taking appropriate actions to protect and preserve the Estate, including prosecuting actions on the Debtor's behalf, defending actions commenced against the Debtor, and representing the Debtor's interests in any negotiations or litigation in which the Debtor may be involved, including objections to the claims filed against the Estate, and preparing witnesses and reviewing documents in this regard;

THE WEISS LAW GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924–4400

(d) Preparing appropriate documents and pleadings, including but not limited to Schedules, Applications, Motions, Answers, Orders, Complaints, Reports, or other documents appropriate to the administration of the Estate;

(e) Representing the Debtor's interests at the Initial Debtor Interview, the Meeting of Creditors, the Disclosure Statement Hearing, the Confirmation Hearing, and other hearings before this Court related to the Debtor;

(f) Assisting and advising the Debtor in the formulation, negotiation, and implementation of a Disclosure Statement and Chapter 11 Plan and all documents related thereto;

(g) Assisting and advising the Debtor with respect to negotiation, documentation, implementation, consummation, and closing of transactions, including the sale of assets;

(h) Assisting and advising the Debtor with respect to the use of cash collateral, obtaining financing, and negotiating, drafting, and seeking approval of any documents related thereto;

(i) Reviewing and analyzing claims filed in this case, and advising and representing the Debtor in connection with objections to such claims;

(j) Assisting and advising the Debtor with respect to executory contracts and unexpired leases, including assumptions, assignments, rejections, and renegotiations;

(k) Coordinating with other professionals employed in the case;

(l) Reviewing and analyzing applications, orders, motions, and other pleadings and documents filed with the Bankruptcy Court and advising the Debtor thereon;

(m) Communicating with creditors, the Subchapter V Trustee, and other parties in interest; and

(n) Assisting the Debtor in performing such other services as may be in the interest of the Debtor and the Estate and performing all other legal services required by the Debtor.

7. The Debtor seeks to employ Applicant because of its considerable experience in bankruptcy matters and believes that it is well qualified to render the services described above and to represent the interests of the Debtor in this case.

THE WEISS LAW GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924-4400

8. Applicant believes that the employment of counsel is necessary to assist the Debtor in effectuating its lawful rights and remedies and to fully and properly discharge its fiduciary duties under the provisions of Bankruptcy Code.

9. On or about May 27, 2020, the Debtor paid Applicant a retainer in the amount of $5,000.00. On or about January 12, 2021, an additional retainer of $13,333.33 was received. Before the filing of the Voluntary Petition, Applicant issued a pre-filing invoice in the amount of $5,000.00, that was paid from these funds. $1,738.00 of these funds were used to pay the filing fee. After applying such payments, Applicant currently holds a retainer in escrow in the amount of $11,595.33.

10. As set forth in the Affidavit of Brett Weiss (the "Affidavit"), attached and incorporated herein as Exhibit #1, to the best of Applicant's knowledge and belief, Applicant does not hold or represent any interest adverse to the Estate, and is a "disinterested person" within the meaning of §§ 101(14), 327(a), 1107(b), and 1195 of the Bankruptcy Code.[1] Applicant has not shared or agreed to share the compensation in this case with any person or entity not associated with the firm. The employment requested herein would be in the best interest of this Estate.

11. Applicant will charge fees and expenses incurred in representing the Debtor in these proceedings based on the rates typically charged by the attorneys and paralegals of Applicant for non-bankruptcy clients, currently $495/hr. for Brett Weiss and $125/hr. for paralegals. Such rates are subject to periodic review and change, usually on an annual basis. Applicant will seek interim and final compensation for services rendered and expenses incurred upon appropriate application to the court pursuant to sections 330 and 331 of the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure and applicable Local Rules.

[1] As noted in the Affidavit, Applicant is Debtor's counsel in *Meta Townsend* (No. 21-1-0212 NVA) and *METS, LLC* (No. 21-1-0214 MMH). Ms. Townsend is the owner of the Debtor and METS, and their Chapter 11 cases were filed contemporaneously with this case. Applications for Employment will be filed in those cases contemporaneously with this Application. It is not believed that there are any conflicts resulting from this joint representation.

THE WEISS LAW GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924-4400

***Conclusion***

The Debtor requests authorization to retain and employ The Weiss Law Group, LLC and Brett Weiss as counsel pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) effective as of the Petition Date, and for such other relief as the Court deems just and proper.

Date: January 12, 2021

Respectfully Submitted,

THE WEISS LAW GROUP, LLC

By: ________/s/ Brett Weiss____________
BRETT WEISS, #02980

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Office of the United States Trustee

I hereby further certify that on the 12th day of January, 2021, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

20 Largest Unsecured Creditors

_______/s/ Brett Weiss____________
BRETT WEISS

THE WEISS LAW GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924-4400

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| In re:<br><br>**HOME SWEET HOME DD, INC.,**<br><br>*Debtor.* | Bankruptcy No. 21-1-0213 DER<br><br>Chapter 11 |
|---|---|

**AFFIDAVIT OF BRETT WEISS IN SUPPORT OF DEBTOR'S APPLICATION FOR EMPLOYMENT OF COUNSEL**

I, Brett Weiss, declare and affirm under penalty of perjury, as follows:

1. I am an attorney with the law firm The Weiss Law Group, LLC, which maintains an office for the practice of law at 6404 Ivy Lane, Suite 650, Greenbelt, Maryland 20770.

2. I am admitted to practice before the Courts of the State of Maryland, the District of Columbia, the United States District Courts for the District of Maryland, and the District of Columbia, including the Bankruptcy Courts situated therein, the United States Courts of Appeals for the Fourth and Ninth Federal Circuits, the United States Tax Court, and the United States Supreme Court.

3. I am experienced in bankruptcy matters, having represented debtors, secured and unsecured creditors, and other interested parties and creditors in cases under Chapters 7, 11, 12 and 13 of the Code in this Court and in the United States Bankruptcy Courts for the District of Columbia, the Eastern District of Virginia, and the District of Utah. I am the co-author of *Chapter 11 for Individual Debtors,* published by Lexis-Nexis, and *Who Gets the Money? The DIP Account, Liquidation Test and Conversion in Individual Chapter 11 Cases,* 33 ABI JNL 16 (February 2014), and the author *of Fail to Make Direct Payments to Secured Creditors? (Point-Counterpoint),* 37 ABI JNL 29 (May 2019), and *Not Dead Yet: Bankruptcy After BAPCPA,* 40 Md.B.J. 17 (May/June 2007), and hundreds of blogs

concerning bankruptcy matters. I currently serve on the Editorial Board of *The Consumer Bankruptcy Journal.* I have given single and multi-day lectures and workshops on Chapter 11 issues (including the Small Business Reorganization Act) for the National Association of Consumer Bankruptcy Attorneys, the National Bar Association, the Southeastern Bankruptcy Law Institute, Max Gardner's Bankruptcy Boot Camps, the Sacramento Bankruptcy Bar Association, the North Carolina Bankruptcy Bar Association, the Maryland Bankruptcy Bar Association, MICPEL and others. I am on the Board of Directors of the Council of the Consumer Bankruptcy Section of the Maryland State Bar Association and am the former Maryland State Chair for the National Association of Bankruptcy Attorneys.

4. I submit this affidavit in support of the application of the Debtor in this case to employ The Weiss Law Group, LLC and Brett Weiss (individually and collectively "Applicant") as counsel to represent the Debtor in the within Chapter 11 case. Neither I, nor The Weiss Law Group, LLC, nor any principal, or associate thereof, insofar as I have been able to ascertain after reasonable investigation, has any connection with the Debtor, other than as attorneys in this case, nor with its creditors, any other parties-in-interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, other than working in prior, unrelated matters.[2] Insofar as I have been able to ascertain, Applicant is disinterested within the meaning of section 101(14) of the Bankruptcy Code, as modified by sections 1107(b) and 1195.

5. The Debtor desires to employ Applicant under a general retainer because of the diverse legal services that are likely to be required. Subject to the approval of the Court, the Debtor has agreed to compensate Applicant at its usual hourly rates and to reimburse Applicant for its expenses, charges and disbursements.

5. Applicant will not, while engaged in this case, represent any other party in interest in connection with this case,[2] except as may be authorized by the Debtor and/or the

---

[2] Applicant is Debtor's counsel in *Meta Townsend* (No. 21-1-0212 NVA) and *METS, LLC* (No. 21-1-0214 MMH). Ms. Townsend is the owner of the Debtor and METS, and their Chapter 11 cases were filed contemporaneously with this case. Applications for Employment will be filed in those cases contemporaneously with this Application. It is not believed that there are any conflicts resulting from this joint representation.

THE WEISS LAW GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924–4400

Bankruptcy Court. Applicant has not shared, or agreed to share, the compensation to be paid by the Debtor with any other person or entity not associated with the firm.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Brett Weiss
BRETT WEISS

THE WEISS LAW GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924-4400