| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Home Sweet Home DD, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | **21-10213** |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABW Accounting<br>13508 E. Boundary Road, Suite A<br>Midlothian, VA 23112 | | Accounting Goods and/or Services | | | | $500.00 |
| Apex Financial Services, LLC<br>2 Reservoir Circle #100<br>Pikesville, MD 21208 | | Accounting Goods and/or Services | | | | $9,500.00 |
| Baltimore County<br>400 Washington Ave<br>Towson, MD 21204 | | Fire Inspection | | | | $612.00 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 | | Bank Overdrafts | Disputed | | | $0.00 |
| City of Baltimore Bureau of Revenue Collections<br>200 Holliday Street<br>Baltimore, MD 21202 | | Parking Violation | | | | $75.00 |
| City of Baltimore Bureau of Revenue Collections<br>200 Holliday Street<br>Baltimore, MD 21202 | | Ticket | | | | $75.00 |
| City of Baltimore Bureau of Revenue Collections<br>200 Holliday Street<br>Baltimore, MD 21202 | | Ticket | | | | $116.00 |
| Comcast Corporation<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 | | Utility | Disputed | | | $590.13 |

Debtor **Home Sweet Home DD, Inc.**
Name

Case number *(if known)* **21-10213**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Insurance Funding**<br>450 Stokie Boulevard, #1000<br>Northbrook, IL 60062 | | **Insurance** | **Disputed** | | | $6,674.94 |
| **Gordon Feinblatt LLC**<br>233 East Redwood Street<br>Baltimore, MD 21202 | | **Legal Goods and/or Services** | | | | $39,081.84 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | **941 Taxes (Q2 and Q3 2019)** | | | | $27,600.00 |
| **Maryland Transportation Authority**<br>2310 Broening Highway<br>Baltimore, MD 21224 | | **Toll** | | | | $873.65 |
| **Merritt Properties**<br>2066 Lord Baltimore Drive<br>Windsor Mill, MD 21244 | | **Rental Charges** | **Disputed** | | | $107,862.53 |
| **MTA Bridges & Tunnels**<br>Park 1<br>New York, NY 10035 | | **Toll** | | | | $117.00 |
| **MVA**<br>6601 Ritchie Hwy NE<br>Glen Burnie, MD 21062-1000 | | **Toll** | | | | $90.00 |
| **Samuel Mogavero**<br>1552 Fairview Beach Road<br>Pasadena, MD 21122 | | **Loan** | **Disputed** | | | $193,292.37 |
| **State of Delaware**<br>PO Box 677<br>Dover, DE 19903 | | **Toll** | | | | $116.50 |
| **Truist Bank**<br>214 N. Tryon Street<br>Charlotte, NC 28202 | | **Bank Fees** | | | | $64.00 |
| **Truist Bank**<br>214 N. Tryon Street<br>Charlotte, NC 28202 | | **Bank Fees and charges** | **Disputed** | | | $31,463.25 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Home Sweet Home DD, Inc.**
Name

Case number *(if known)* **21-10213**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Verizon Bankruptcy Department 404 Brock Dr Bloomington, IL 61701-2654** | | **Utility** | **Disputed** | | | **$3,035.51** |