**THE WEISS LAW GROUP, LLC**
Brett Weiss, #02980
6404 Ivy Lane, Suite 650
Greenbelt, Maryland 20770
Telephone:     (301) 924-4400
Facsimile:      (240) 627-4186
brett@BankruptcyLawMaryland.com

*Counsel to the Debtor and the Debtor-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: <br><br> **HOME SWEET HOME DD, INC.,** <br><br> *Debtor.* | Bankruptcy No. 21-1-0213 NVA <br><br> Chapter 11 |
| **DEBTOR'S 11 U.S.C. § 1116(1) DISCLOSURES** ||

**NOW COMES** Debtor, by and through above stated counsel, and hereby submits this Statement regarding the disclosures required by 11 U.S.C. § 1116(1).

1. No Balance Sheet has been prepared.
2. No Statement of Operations has been prepared.
3. A Cash Flow Statement for Calendar Year 2020 is attached.
4. A copy of the Debtor's 2019 Federal Income Tax Return is attached.

I DECLARE, UNDER THE PENALTIES OF PERJURY, THAT THE CONTENTS OF THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

HOME SWEET HOME DD, INC.


By: ___/s/ Meta Townsend_____
     META TOWNSEND, President

Date: January 26, 2021                                   Respectfully Submitted,

<div style="margin-left:auto; width:50%;">

THE WEISS LAW GROUP, LLC

By: _____/s/ Brett Weiss_____
       BRETT WEISS, #02980

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Office of the United States Trustee

I hereby further certify that on the 26th day of January, 2021, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

None

<div style="margin-left:auto; width:50%;">

_____/s/ Brett Weiss_____
BRETT WEISS

</div>