HOME-SWEET-HOME-DD, INC.

STATEMENT OF REVENUE COLLECTED AND EXPENSES PAID
ARISING FROM CASH TRANSACTIONS

FOR SIX MONTHS ENDED
DECEMBER 31, 2020
WITH INDEPENDENT ACCOUNTANTS' COMPILATION REPORT

**DCC ACCOUNTING SERVICES, INC.**
**CERTIFIED PUBLIC ACCOUNTANTS**
2 RESERVOIR CIRCLE SUITE 100
BALTIMORE, MD 21208
(410) 653-0800



## DCC Accounting Services, Inc.

HOME-SWEET-HOME-DD, INC.

We have compiled the accompanying statement of revenue collected and expenses paid arising from cash transactions, as reported to us, for HOME-SWEET-HOME-DD, INC. for the six months ending December 31, 2020.  We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with the cash basis of accounting.

Management is responsible the provision of complete and accurate information and for the preparation and fair presentation of the financial statements in accordance with the cash basis of accounting and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of the financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.  The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statement.

Management has elected to omit a provision for income taxes and substantially all of the disclosures ordinarily included in financial statements prepared in accordance with the cash basis of accounting.  If the omitted disclosures were included in the financial statement, they might influence the user's conclusions about the company's assets, liabilities, equity, revenue and expenses.  Accordingly, this financial statement is not designed for those who are not informed about such matters.

    Very truly yours,

    DCC Accounting Services, Inc.

    *Richard N. Colman, CPA*

    By:  Richard N. Colman
         Certified Public Accountant

RNC:kfs
Enclosure

The Executive Centre at Hooks Lane   2 Reservoir Circle   Suite 100   Baltimore, MD 21208-6331   Phone (410) 653-0800   Fax (410) 653-1093

HOME-SWEET-HOME-DD, INC.
Statement of Revenue Collected and Expenses Paid
Arising From Cash Transactions
For the Six Months Ending December 31, 2020

| | | |
|---|---:|---:|
| **Revenues Collected** | | |
| Maryland State Grants | 60,000.00 | |
| Refunds From Vendors | 758.46 | |
| | | 60,758.46 |
| | | |
| Automobile and Local Transportation | 2,508.76 | |
| Background Checks | 116.00 | |
| Bank Service Charges | 340.00 | |
| Client Activities and Expenses | 1,333.24 | |
| Data Processing | 14,521.83 | |
| Food and Operating Supplies | 26,533.14 | |
| Heat, Light and Power | 3,477.16 | |
| Insurance | 148.76 | |
| Legal and Accounting | 5,000.00 | |
| Office Supplies and Expenses | 400.00 | |
| Property Insurance | | |
|     1427 Woodbridge Road | 551.00 | |
|     1433 Adamsview Road | 712.00 | |
|     1418 Harberson Road | 412.00 | |
| Taxes and Registrations | 300.00 | |
| Telecommuncations | 342.53 | |
| **Total Expenses Paid** | | 56,696.42 |
| | | |
| Net Revenue Collectedin Excess of Expenses Paid | | 4,062.04 |

SEE ACCOUNTANTS' COMPILATION REPORT