**THE WEISS LAW GROUP, LLC**
Brett Weiss, #02980
6404 Ivy Lane, Suite 650
Greenbelt, Maryland 20770
Telephone:     (301) 924-4400
Facsimile:      (240) 627-4186
brett@BankruptcyLawMaryland.com

*Counsel to the Debtor and the Debtor-in-Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>**META KARLISE TOWNSEND,**<br><br>    *Debtor.* | Bankruptcy No. 21-1-0212 NVA<br><br>Chapter 11 |
| **RESPONSE TO ORDER TO SHOW CAUSE AS TO DISMISSAL** ||

**NOW COMES** Debtor, by and through above stated counsel, and hereby responds to the Order to Show Cause as to Dismissal filed herein at Docket No. 11, and states:

On January 26, 2021 at Docket No. 18, the Debtor filed the documents required by 11 U.S.C. § 1116(1) in the Debtor's possession, and a statement under oath as to the documents not filed.

**WHEREFORE,** the Debtor prays that the Order to Show Cause be dissolved.

Date: January 26, 2021                                Respectfully Submitted,

                                                                        THE WEISS LAW GROUP, LLC


                                                                        By: _____/s/ Brett Weiss_____
                                                                                BRETT WEISS, #02980

### CERTIFICATE OF SERVICE

THE WEISS LAW
GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924–4400

  I hereby certify that on the 26th day of January, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Office of the United States Trustee

  I hereby further certify that on the 26th day of January, 2021, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

None

_____/s/ Brett Weiss_____<br>
BRETT WEISS