# In the United States Bankruptcy Court for the District of Maryland

In re:

**HOME SWEET HOME DD, INC.**

*Debtor.*

Bankruptcy No. 21-1-0213 NVA

Chapter 11

**MOTION TO EXTEND TIME TO FILE SCHEDULES**

**Now Comes** Debtor, by counsel The Weiss Law Group, LLC and Brett Weiss, and pursuant to Rule 9006(b)(1), moves this Court for an extension of time to file the Schedules, and states:

    1.    Debtor had initially filed a "thin Petition," and the Schedules have not yet been filed.

    2.    Debtor has been unable to finish gathering the materials necessary to prepare and file the statements, schedules and lists required by Rule 1007.

    3.    Counsel anticipates that he will be able to file such documents by February 2, 2021.

**Wherefore**, Debtor prays that the time for filing the Schedules be extended to February 2, 2021.

Date: January 26, 2021

Respectfully Submitted,

THE WEISS LAW GROUP, LLC

By: _____/s/ Brett Weiss_____
    BRETT WEISS, #02980
    6404 Ivy Lane, Suite 650
    Greenbelt, Maryland 20770
    (301) 924-4400
    brett@BankruptcyLawMaryland.com

## Certificate of Service

I hereby certify that on the 26th day of January, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing document will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Monique D. Almy | malmy@crowell.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov, |
| Hunter C. Piel | hpiel@piellawfirm.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

I hereby further certify that on the 26th day of January, 2021, a copy of the foregoing document was also mailed first class mail, postage prepaid, to:

None

                                                      /s/ Brett Weiss
                                                      Brett Weiss