**Fill in this information to identify the case:**

Debtor name   **Home Sweet Home DD, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **21-10213**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2021**   X  */s/ Meta K. Townsend*
                                      Signature of individual signing on behalf of debtor

                                      **Meta K. Townsend**
                                      Printed name

                                        **President**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Home Sweet Home DD, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **21-10213**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$60,758.46** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,309,535.00** |
| **For the fiscal year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,199,815.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Debtor | **Home Sweet Home DD, Inc.** | Case number *(if known)* | **21-10213** |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | **SunTrust checking xxx1707** | **10/19** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Samuel Mogavero vs. Meta Townsend, et al. C-02-CV-20-001233** | **Contract** | **Circuit Court for Anne Arundel County 8 Church Circle Annapolis, MD 21401** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Maryland Department of Health v. Home Sweet Home DD, Inc. MDH-DDA-27-19-30706** | **License Revocation Hearing** | **Maryland Department of Health 201 West Preston Street Baltimore, MD 21201** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Home Sweet Home DD, Inc.**                                    Case number *(if known)*  **21-10213**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **The Weiss Law Group, LLC 6404 Ivy Lane, Suite 650 Greenbelt, MD 20770** | **Attorney Fees** | | **$18,333.00** |
| Email or website address **brett@BankruptcyLawMaryland.com** | | | |
| Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:    Previous Locations

14. **Previous addresses**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Home Sweet Home DD, Inc.**                                    Case number *(if known)* **21-10213**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankrupties**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Suntrust Bank**<br>**303 Peachtreet St, N.E.**<br>**Atlanta, GA 30308** | **XXXX-1707** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/15/2020** | **$0.00** |
| 18.2. | **Suntrust Bank**<br>**303 Peachtreet St, N.E.**<br>**Atlanta, GA 30308** | **XXXX-0707** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/15/2020** | **$0.00** |

Debtor    Home Sweet Home DD, Inc.                                    Case number *(if known)*   21-10213

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Suntrust Bank**<br>**303 Peachtreet St, N.E.**<br>**Atlanta, GA 30308** | XXXX-9261 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/15/2020 | $0.00 |
| 18.4. | **BB&T**<br>**PO BOX 1847**<br>**WILSON, NC 27894-1847** | XXXX-2921 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | April 2020 | $34.00 |
| 18.5. | **BB&T**<br>**PO BOX 1847**<br>**WILSON, NC 27894-1847** | XXXX-2913 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 12/30/2019 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    **Home Sweet Home DD, Inc.**                                    Case number *(if known)*  **21-10213**

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Apex Financial Services, LLC.**<br>**2 Reservoir Circle, Suite 100**<br>**Pikesville, MD 21208** | **2008 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐  None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Apex Financial Services, LLC**<br>**2 Reservoir Circle #100**<br>**Pikesville, MD 21208** | **2008 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Home Sweet Home DD, Inc.**                                    Case number *(if known)*  **21-10213**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Apex Financial Services, LLC**<br>**2 Reservoir Circle #100**<br>**Pikesville, MD 21208** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Meta Townsend** | **136 Clarance Avenue**<br>**Severn, MD 21144** | **Sole shareholder, director, and officer (Debtor is a Close Corporation)** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Home Sweet Home DD, Inc.**                                  Case number *(if known)*   **21-10213**

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __February 1, 2021__

__/s/ Meta K. Townsend__                             __Meta K. Townsend__
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Home Sweet Home DD, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | **21-10213** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $     **772,411.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................. $     **4,029.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................. $     **776,440.00**

---

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **491,659.04**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **27,600.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **436,545.72**

4.  Total liabilities .......................................................................................................
    Lines 2 + 3a + 3b      $     **955,804.76**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Home Sweet Home DD, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **21-10213**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | **$25.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **9986** | **$0.00** |
| 3.2. | **Bank of America** | **Checking** | **9973** | **$0.00** |
| 3.3. | **Bank of America** | **Checking - Payroll** | **9960** | **$11.00** |
| 3.4. | **Bank of America** | **Checking - Reserve** | **3409** | **$2.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$38.00**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Home Sweet Home DD, Inc.**                          Case number *(If known)* **21-10213**
          Name

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**     **Accounts receivable**

11b. Over 90 days old:    _____ **15,205.32**   -   _____ **15,205.32**  =....   _____ **$0.00**
                              face amount                    doubtful or uncollectible accounts

**12.**     **Total of Part 3.**                                                      ┌─────────────────┐
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      │          **$0.00** │
                                                                                       └─────────────────┘

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **39.** **Office furniture** Office and resident goods and furnishings, appliances, furniture, linens, china, kitchenware, etc. | $0.00 | Liquidation | Unknown |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Televisions and radios; audio, video, stereo, | $0.00 | Liquidation | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Home Sweet Home DD, Inc.**
Name

Case number *(If known)*  **21-10213**

and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games, etc.

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                                    **$0.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2007 Toyota Sienna 140,000 miles** | $0.00 | Liquidation | $1,876.00 |
| 47.2.   **2007 Chevrolet 2500 Express Van (15 Passenger) 135,000 miles** | $0.00 | Liquidation | $2,115.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                                                    **$3,991.00**
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor     **Home Sweet Home DD, Inc.**                                    Case number *(If known)*  **21-10213**
                Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1427 Woodbridge Road Catonsville, Maryland 21228 Value per zillow.com** | Fee Simple | $0.00 | Comparable sale | $258,584.00 |
| 55.2. **1433 Adamsview Road Catonsville, Maryland 21228** | Fee Simple | $0.00 | Comparable sale | $260,658.00 |
| 55.3. **1418 Harberson Road Catonsville, Maryland 21228** | Fee Simple | $0.00 | Comparable sale | $253,169.00 |

56.      **Total of Part 9.**                                                                             | **$772,411.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.      **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.      **Internet domain names and websites www.homesweethomeddinc.com** | $0.00 | Comparable sale | $0.00 |

Official Form 206A/B                          Schedule A/B Assets - Real and Personal Property                          page 4

Debtor    **Home Sweet Home DD, Inc.**                                    Case number *(If known)*  **21-10213**
_____Name_____

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                              **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Home Sweet Home DD, Inc.**                                    Case number *(If known)*  **21-10213**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$38.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$3,991.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | **$772,411.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$4,029.00** | + 91b.  **$772,411.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$776,440.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Home Sweet Home DD, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **21-10213**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Baltimore County**
Creditor's Name

**400 Washington Ave
Towson, MD 21204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0340**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Myson Holding Company LLC
2. Baltimore County
3. Municipal Investments LLC**

Describe debtor's property that is subject to a lien
**1433 Adamsview Road
Catonsville, Maryland 21228**

Describe the lien
**Property Tax**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **$3,739.40** | **$260,658.00** |
|---|---|---|

**2.2** | **Baltimore County**
Creditor's Name

**400 Washington Ave
Towson, MD 21204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**1427 Woodbridge Road
Catonsville, Maryland 21228
Value per zillow.com**

Describe the lien
**Property Tax**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | $3,766.45 | $258,584.00 |
|---|---|---|

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Home Sweet Home DD, Inc.** | Case number (if known) | **21-10213** |
|---|---|---|---|
| | Name | | |

**0680**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Myson Holding Company LLC**
**2. Baltimore County**
**3. Municipal Investments LLC**

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Baltimore County** | Describe debtor's property that is subject to a lien | $3,036.16 | $253,169.00 |
|---|---|---|---|---|

Creditor's Name

**400 Washington Ave**
**Towson, MD 21204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5531**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Myson Holding Company LLC**
**2. Baltimore County**
**3. Municipal Investments LLC**

**1418 Harberson Road**
**Catonsville, Maryland 21228**

**Describe the lien**
**Property Tax**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Municipal Investments LLC** | Describe debtor's property that is subject to a lien | $3,924.12 | $260,658.00 |
|---|---|---|---|---|

Creditor's Name

**11426 York Road, 1st Floor**
**Cockeysville, MD 21030**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0340**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**1433 Adamsview Road**
**Catonsville, Maryland 21228**

**Describe the lien**
**Tax Sale**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Home Sweet Home DD, Inc.** | | Case number *(if known)* | **21-10213** |
|---|---|---|---|---|
| | Name | | | |

---

**2.5** | **Municipal Investments LLC**
Creditor's Name

**11426 York Road, 1st Floor**
**Cockeysville, MD 21030**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5531**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe debtor's property that is subject to a lien**          $3,240.56          $253,169.00
**1418 Harberson Road**
**Catonsville, Maryland 21288**

**Describe the lien**
**Tax Sale**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** | **Municipal Investments LLC**
Creditor's Name

**11426 York Road, 1st Floor**
**Cockeysville, MD 21030**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0680**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**          $3,952.35          $258,584.00
**1427 Woodbridge Road**
**Catonsville, Maryland 21228**
**Value per zillow.com**

**Describe the lien**
**Tax Sale**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** | **Myson Holding Company LLC**
Creditor's Name

**900 MacPhail Crossing Unit 4C**
**Bel Air, MD 21015**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**          $140,000.00          $258,584.00
**1427 Woodbridge Road**
**Catonsville, Maryland 21228**
**Value per zillow.com**

**Describe the lien**
**Mortgage/Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor **Home Sweet Home DD, Inc.**                                          Case number (if known) **21-10213**
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.8 | **Myson Holding Company LLC** | **Describe debtor's property that is subject to a lien** | $150,000.00 | $260,658.00 |
|---|---|---|---|---|
| | Creditor's Name | **1433 Adamsview Road** | | |
| | **900 MacPhail Crossing Unit 4C** | **Catonsville, Maryland 21228** | | |
| | **Bel Air, MD 21015** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Mortgage/Deed of Trust**

**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known                  ☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**                            ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.9 | **Myson Holding Company LLC** | **Describe debtor's property that is subject to a lien** | $180,000.00 | $253,169.00 |
|---|---|---|---|---|
| | Creditor's Name | **1418 Harberson Road** | | |
| | **900 MacPhail Crossing Unit 4C** | **Catonsville, Maryland 21228** | | |
| | **Bel Air, MD 21015** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Mortgage/Deed of Trust**

**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known                  ☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**                            ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$491,659.04**

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

| Debtor | **Home Sweet Home DD, Inc.** | Case number (*if known*) | **21-10213** |
|--------|------------------------------|--------------------------|--------------|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| **Hunter Piel, Esq.**<br>**502 Washington Avenue, Suite 730**<br>**Towson, MD 21204** | Line __2.7__ | |
| **Hunter Piel, Esq.**<br>**502 Washington Avenue, Suite 730**<br>**Towson, MD 21204** | Line __2.8__ | |
| **Hunter Piel, Esq.**<br>**502 Washington Avenue, Suite 730**<br>**Towson, MD 21204** | Line __2.9__ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Home Sweet Home DD, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) **21-10213**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,600.00 | $27,600.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 Taxes (Q2 and Q3 2019)**

Last 4 digits of account number **6481**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**ABW Accounting**
**13508 E. Boundary Road, Suite A**
**Midlothian, VA 23112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: **Accounting Goods and/or Services**

Last 4 digits of account number **0067**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,500.00 |
|---|---|---|---|

**Apex Financial Services, LLC**
**2 Reservoir Circle #100**
**Pikesville, MD 21208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: **Accounting Goods and/or Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Home Sweet Home DD, Inc.** | | Case number (if known) | **21-10213** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $612.00 |
|---|---|---|---|

**Baltimore County**
**400 Washington Ave**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Fire Inspection_

Last 4 digits of account number  _5903_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BANK OF AMERICA**
**PO BOX 982238**
**EL PASO, TX 79998-2238**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Bank Overdrafts_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.00 |
|---|---|---|---|

**City of Baltimore**
**Bureau of Revenue Collections**
**200 Holliday Street**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Ticket_

Last 4 digits of account number  _9196_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**City of Baltimore**
**Bureau of Revenue Collections**
**200 Holliday Street**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Ticket_

Last 4 digits of account number  _5243_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**City of Baltimore**
**Bureau of Revenue Collections**
**200 Holliday Street**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Parking Violation_

Last 4 digits of account number  _6297_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.13 |
|---|---|---|---|

**Comcast Corporation**
**1701 JFK Boulevard**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Utility_

Last 4 digits of account number  _Various_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,674.94 |
|---|---|---|---|

**First Insurance Funding**
**450 Stokie Boulevard, #1000**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Insurance_

Last 4 digits of account number  _6226_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Home Sweet Home DD, Inc.** | Case number (*if known*) | **21-10213** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,081.84** |
|---|---|---|---|

**Gordon Feinblatt LLC**
**233 East Redwood Street**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal Goods and/or Services__

Last 4 digits of account number  __5991__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$873.65** |
|---|---|---|---|

**Maryland Transportation Authority**
**2310 Broening Highway**
**Baltimore, MD 21224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Toll__

Last 4 digits of account number  __Various__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,862.53** |
|---|---|---|---|

**Merritt Properties**
**2066 Lord Baltimore Drive**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rental Charges__

Last 4 digits of account number  __3207__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117.00** |
|---|---|---|---|

**MTA Bridges & Tunnels**
**Park 1**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Toll__

Last 4 digits of account number  __2115__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**MVA**
**6601 Ritchie Hwy NE**
**Glen Burnie, MD 21062-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Toll__

Last 4 digits of account number  __8849__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193,292.37** |
|---|---|---|---|

**Samuel Mogavero**
**1552 Fairview Beach Road**
**Pasadena, MD 21122**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Loan__

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,406.00** |
|---|---|---|---|

**Small Business Administration**
**409 3rd Street, NW, Suite 7200**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __PPP Loan. It is believed that this loan will be eligible__
__for forgiveness under the terms of the CARES Act.__

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Home Sweet Home DD, Inc.**

Name

Case number (if known)  **21-10213**

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**State of Delaware**<br>**PO Box 677**<br>**Dover, DE 19903**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **8262** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Toll**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$116.50** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Truist Bank**<br>**214 N. Tryon Street**<br>**Charlotte, NC 28202**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2921** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Bank Fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$64.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Truist Bank**<br>**214 N. Tryon Street**<br>**Charlotte, NC 28202**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **2913** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Bank Fees and charges**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31,463.25** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br>**Bankruptcy Department**<br>**404 Brock Dr**<br>**Bloomington, IL 61701-2654**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **Various** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,035.51** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Convergent Outsourcing, Inc.**<br>**800 SW 39th Street**<br>**Renton, WA 98057** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **FBCS Inc.**<br>**2200 Byberry Rd. Ste. 120**<br>**Hatboro, PA 19040** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Hunter Piel, Esq.**<br>**502 Washington Avenue, Suite 730**<br>**Towson, MD 21204** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd.**<br>**Bedford, OH 44146** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Home Sweet Home DD, Inc.** | Case number (if known) | **21-10213** |
| --- | --- | --- | --- |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.5   **Transworld Systems Inc.**<br>**C/O The Corporation Trust, Inc., RA**<br>**300 E Lombard St**<br>**Baltimore, MD 21202-3219** | Line   **3.13**<br><br>☐   Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a.   $ | 27,600.00 |
| **5b. Total claims from Part 2** | 5b.   +   $ | 436,545.72 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 464,145.72 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Home Sweet Home DD, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **21-10213**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Office Lease** | |
| State the term remaining | **Merritt Properties**<br>**2066 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**Home Sweet Home DD, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) __**21-10213**__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Meta K. Townsend** | **136 Clarence Avenue Severna Park, MD 21146** | **Myson Holding Company LLC** | ■ D __**2.7**__ ☐ E/F _____ ☐ G _____ |
| 2.2  **Meta K. Townsend** | **136 Clarence Avenue Severna Park, MD 21146** | **Myson Holding Company LLC** | ■ D __**2.8**__ ☐ E/F _____ ☐ G _____ |
| 2.3  **Meta K. Townsend** | **136 Clarence Avenue Severna Park, MD 21146** | **Myson Holding Company LLC** | ■ D __**2.9**__ ☐ E/F _____ ☐ G _____ |
| 2.4  **Meta K. Townsend** | **136 Clarence Avenue Severna Park, MD 21146** | **Samuel Mogavero** | ☐ D _____ ■ E/F __**3.15**__ ☐ G _____ |

# United States Bankruptcy Court
### District of Maryland

In re    __Home Sweet Home DD, Inc.__          Case No.    __21-10213__
<br>                             Debtor(s)                 Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Meta Townsend**<br>**136 Clarance Avenue**<br>**Severn, MD 21144** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __February 1, 2021__               Signature   __/s/ Meta K. Townsend__
<br>                                                         **Meta K. Townsend**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
<br>18 U.S.C. §§ 152 and 3571.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Home Sweet Home DD, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | **21-10213** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABW Accounting 13508 E. Boundary Road, Suite A Midlothian, VA 23112** | | **Accounting Goods and/or Services** | | | | **$500.00** |
| **Apex Financial Services, LLC 2 Reservoir Circle #100 Pikesville, MD 21208** | | **Accounting Goods and/or Services** | | | | **$9,500.00** |
| **Baltimore County 400 Washington Ave Towson, MD 21204** | | **Fire Inspection** | | | | **$612.00** |
| **City of Baltimore Bureau of Revenue Collections 200 Holliday Street Baltimore, MD 21202** | | **Ticket** | | | | **$116.00** |
| **City of Baltimore Bureau of Revenue Collections 200 Holliday Street Baltimore, MD 21202** | | **Parking Violation** | | | | **$75.00** |
| **City of Baltimore Bureau of Revenue Collections 200 Holliday Street Baltimore, MD 21202** | | **Ticket** | | | | **$75.00** |
| **Comcast Corporation 1701 JFK Boulevard Philadelphia, PA 19103** | | **Utility** | **Disputed** | | | **$590.13** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Home Sweet Home DD, Inc. | | Case number *(if known)* | 21-10213 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Insurance Funding 450 Stokie Boulevard, #1000 Northbrook, IL 60062 | | Insurance | Disputed | | | $6,674.94 |
| Gordon Feinblatt LLC 233 East Redwood Street Baltimore, MD 21202 | | Legal Goods and/or Services | | | | $39,081.84 |
| Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | 941 Taxes (Q2 and Q3 2019) | | | | $27,600.00 |
| Maryland Transportation Authority 2310 Broening Highway Baltimore, MD 21224 | | Toll | | | | $873.65 |
| Merritt Properties 2066 Lord Baltimore Drive Windsor Mill, MD 21244 | | Rental Charges | Disputed | | | $107,862.53 |
| MTA Bridges & Tunnels Park 1 New York, NY 10035 | | Toll | | | | $117.00 |
| MVA 6601 Ritchie Hwy NE Glen Burnie, MD 21062-1000 | | Toll | | | | $90.00 |
| Samuel Mogavero 1552 Fairview Beach Road Pasadena, MD 21122 | | Loan | Disputed | | | $193,292.37 |
| Small Business Administration 409 3rd Street, NW, Suite 7200 Washington, DC 20416 | | PPP Loan. It is believed that this loan will be eligible for forgiveness under the terms of the CARES Act. | | | | $42,406.00 |
| State of Delaware PO Box 677 Dover, DE 19903 | | Toll | | | | $116.50 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Home Sweet Home DD, Inc.**
Name

Case number *(if known)*    **21-10213**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Truist Bank 214 N. Tryon Street Charlotte, NC 28202** | | **Bank Fees** | | | | **$64.00** |
| **Truist Bank 214 N. Tryon Street Charlotte, NC 28202** | | **Bank Fees and charges** | **Disputed** | | | **$31,463.25** |
| **Verizon Bankruptcy Department 404 Brock Dr Bloomington, IL 61701-2654** | | **Utility** | **Disputed** | | | **$3,035.51** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy