# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21–10213 – NVA**   Chapter: **11**

**Home Sweet Home DD, Inc.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   23 – Amended Voluntary Petition Correcting principal address and EIN, and adding d/b/a Filed by Brett Weiss. (Weiss, Brett)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 2/16/21. The certificate of service is missing.**

CURE:   A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 2/2/21

>Mark A. Neal, Clerk of Court
>by Deputy Clerk, Janine Hutchinson
>301–344–3918

cc:   Debtor
   Attorney for Debtor – Brett Weiss

defntc (rev. 12/12/2016)