**THE WEISS LAW GROUP, LLC**
Brett Weiss, #02980
6404 Ivy Lane, Suite 650
Greenbelt, Maryland 20770
Telephone:    (301) 924-4400
Facsimile:     (240) 627-4186
brett@BankruptcyLawMaryland.com

*Counsel to the Debtor and the Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>**HOME SWEET HOME DD, INC.,**<br><br>    *Debtor.* | Bankruptcy No. 21-1-0213 NVA<br><br>Chapter 11 |
| **APPLICATION TO EMPLOY ACCOUNTANT** ||

    **NOW COMES** the Debtor, Home Sweet Home DD, Inc., by counsel The Weiss Law Group, LLC and Brett Weiss, and applies to the Court for an Order authorizing the employment of an accountant, and in support thereof states:

    1.    Home Sweet Home DD, Inc. (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code on January 12, 2021. It has continued since that date as Debtor in Possession of the estate.

    2.    The Debtor wishes to retain as its accountant Richard N. Colman, CPA from the accounting firm DCC Accounting Services, Inc. (the "Accountant"), whose address is 2 Reservoir Circle, Suite 100, Baltimore, Maryland 21208.

    3.    Debtor has entered into a retainer agreement with the Accountant for accounting services in connection with this Case, including the organization and structuring of its bookkeeping, the filing of required statements and reports, tax documents and the like.

Debtor desires to employ the Accountant, subject to review and approval of fees by the Court, to assist Debtor with respect to the foregoing matters. A copy of the proposed retainer is attached and incorporated herein as Exhibit #1.

4. The Accountant is experienced in accounting matters, and as evidenced by the Affidavit of Richard N. Colman, CPA, attached and incorporated herein as Exhibit #2, represents no interests adverse to those of the estate, apart from pre-petition fees in the amount of $9,500.00, which is below the threshold allowed pursuant to 11 U.S.C. § 1195. The Accountant has not shared or agreed to share the compensation in this case with any person or entity not associated with the Accountant.

𝔚𝔥𝔢𝔯𝔢𝔣𝔬𝔯𝔢, Debtor prays for the entry of an Order approving the employment of Richard N. Colman, CPA and the firm DCC Accounting Services, Inc. as accountant for the Debtor, *nunc pro tunc* to the Petition Date, to be compensated in accordance with the attached retainer agreement as approved by the Court.

February 10, 2021                                       Respectfully submitted,

                                                        THE WEISS LAW GROUP, LLC


                                                        By: ____/s/ Brett Weiss_____
                                                            Brett Weiss

### Certificate of Service

I HEREBY CERTIFY that on the 10th day of February, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing document will be served electronically by the Court's CM/ECF system on the following:

Monique D. Almy     malmytrustee@crowell.com
Katherine A. (UST) Levin     Katherine.A.Levin@usdoj.gov
Hunter C. Piel     hpiel@piellawfirm.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

I hereby further certify that on the 10th day of February, 2021, a copy of the foregoing document was also mailed first class mail, postage prepaid, to:

20 Largest Unsecured Creditors:

Anne Arundel County  
Office of Finance  
441 Calvert Street  
Annapolis, MD 21401

BANK OF AMERICA  
PO BOX 982238  
EL PASO, TX 79998-2238

Apex Financial Services, LLC  
2 Reservoir Circle Suite 100  
Baltimore, MD 21208

_____/s/ Brett Weiss_____  
Brett Weiss

THE WEISS LAW GROUP, LLC  
6404 IVY LANE SUITE 650  
GREENBELT, MD 20770  
(301) 924–4400

– 3 –

# In the United States Bankruptcy Court for the District of Maryland

In re:

**HOME SWEET HOME DD, INC.,**

    *Debtor.*

Bankruptcy No. 21-1-0213 NVA

Chapter 11

**AFFIDAVIT OF RICHARD N. COLMAN, CPA IN SUPPORT OF APPLICATION TO EMPLOY ACCOUNTANT**

    I, Richard N. Colman, CPA, declare and affirm under penalty of perjury, as follows:

    1.    I am a Certified Public Accountant and have an office at 2 Reservoir Circle, Suite 100, Baltimore, Maryland 21208, as an employee of the accounting firm known as DCC Accounting Services, Inc..

    3.    Both myself and my firm are experienced in accounting matters, and are familiar with the Debtor's financial affairs, having represented her and her businesses for a number of years.

    4.    To the best of my knowledge, neither I, DCC Accounting Services, Inc., nor any of its accountants, represent any interests adverse to those of the estate of the Debtor, and we are considered to be disinterested under the provisions of 11 U.S.C. § 327(a).[1] Neither DCC Accounting Services, Inc. nor I have any other known connections with the Debtor (other than this and prior representation), any creditors or other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

    5.    Pursuant to the retainer agreement attached to the Application for Appointment of Accountant, we have agreed to represent Debtor at our normal hourly rates as stated therein.

---

[1] This case is filed under the provisions of the Small Business Relief Act, 11 U.S.C. §§ 1181 *et seq.* Pursuant to § 1195, "[A] person is not disqualified for employment under section 327 of this title, by a debtor solely because that person holds a claim of less than $10,000 that arose prior to commencement of the case." Mr. Colman's firm holds a claim of $9,500.00 against the Debtor that arose prior to commencement of the case.

6.     DCC Accounting Services, Inc. has not shared, or agreed to share, the compensation to be paid by the Debtor with any other person or entity.

7.     The firm of DCC Accounting Services, Inc. and I are willing to accept employment by the Debtor with respect to this Case upon such compensation as may be approved by the United States Bankruptcy Court for the District of Maryland.

I declare under penalty of perjury that the foregoing is true and correct.

_____/s/ Richard N. Colman, CPA_____
Richard N. Colman, CPA