

# *DCC ACCOUNTING SERVICES, INC.*

January 7, 2021

Home-Sweet-Home-DD, Inc.

Re: Professional engagement of
accounting services

Meta K. Townsend:

This letter is to confirm our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide.

We will prepare the required annual tax returns and render such accounting and bookkeeping assistance necessary for their preparation as requested by you or your authorized employees.  Our engagement cannot be relied upon to disclose errors, irregularities, or illegal acts, including fraud or defalcations, that may exist.

We direct your attention to the fact that management has the responsibility for the proper recording of the transactions in the books of account, for the safeguarding of assets and for the substantial accuracy of the tax returns which are the representations of management.  Our fee for the above work will be billed at our standard hourly rates, which range from $100 to $250 per hour.  A retainer billing method may be implemented.  Retainer billings will be applied against actual hours spent on the account.  An adjusted billing will be sent upon the completion of the engagement, if applicable.  Service charges may be added on all accounts over sixty days in arrears at the rate of 1½% per month, as well as any reasonable costs of collection incurred.  We retain the right to withdrawal from any engagement if a balance due on the account is in arrears.

If there are any questions regarding the aforementioned arrangements, we will be pleased to discuss them with you.  If the foregoing are acceptable to you, please sign the enclosed copy of this letter and return it to us.

Very truly yours,

*DCC ACCOUNTING SERVICES, INC.*
DCC ACCOUNTING SERVICES, INC.

Acknowledge:
Home-Sweet-Home-DD, Inc.

_____
Meta K. Townsend, President
_____
Date