Entered: March 14th, 2021
Signed: March 12th, 2021
**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| In re: | Bankruptcy No. 21-1-0213 NVA |
|---|---|
| **HOME SWEET HOME DD, INC.,** | Chapter 11 |
| *Debtor.* | **ORDER GRANTING APPLICATION TO EMPLOY ACCOUNTANT** |

**UPON CONSIDERATION** of Debtor's Application to Employ Accountant and any response thereto, it is, by the U.S. Bankruptcy Court for the District of Maryland

**ORDERED** that the Application is granted; and it is further

**ORDERED** that the employment of Richard N. Colman, CPA, and his firm DCC Accounting Services, Inc. as accountant for the Debtor is APPROVED, *nunc pro tunc* to the Petition Date.

cc:   Debtor

Debtor's Counsel

United States Trustee

All Creditors

END OF ORDER