United States Bankruptcy Court
District of Maryland

In re:  
Home Sweet Home DD, Inc.  
    Debtor

Case No. 21-10213-NVA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 3  
Date Rcvd: Aug 21, 2025     Form ID: stahrgba     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Home Sweet Home DD, Inc., 136 Clarence Avenue, Severna Park, MD 21146-1604 |
| aty | + | The Weiss Law Group, LLC, 6404 Ivy Lane, Suite 650, Greenbelt, MD 20770-1427 |
| cr | + | Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202-4346 |
| cr | + | Myson Holding Company, LLC, c/o Hunter C. Piel, Esquire, 502 Washington Avenue, Suite 730, Towson, MD 21204-4525 |
| cr | + | Samuel Mogavero, c/o Law Office of Hunter C. Piel, LLC, 502 Washington Avenue, Suite 730, Towson, MD 21204-4525 |
| 31734339 | + | ABW Accounting, 13508 E. Boundary Road, Suite A, Midlothian, VA 23112-3989 |
| 31734340 | + | Apex Financial Services, LLC, 2 Reservoir Circle #100, Pikesville, MD 21208-6395 |
| 31734346 | + | FBCS Inc., 2200 Byberry Rd. Ste. 120, Hatboro, PA 19040-3738 |
| 31734348 | + | Gordon Feinblatt LLC, Attn: Bryan M. Mull, Esquire, 1001 Fleet Street, Suite 700, Baltimore, Maryland 21202-4346 |
| 31734349 | + | Hunter Piel, Esq., 502 Washington Avenue, Suite 730, Towson, MD 21204-4525 |
| 31734352 | + | Merritt Properties, 2066 Lord Baltimore Drive, Windsor Mill, MD 21244-2501 |
| 31947572 | + | Merritt-EC, LLC, c/o Sherry Dull, 2066 Lord Baltimore Drive, Baltimore, MD 21244-2501 |
| 31734353 | + | Meta K. Townsend, 136 Clarence Avenue, Severna Park, MD 21146-1604 |
| 31734355 | + | Municipal Investments LLC, 11426 York Road, 1st Floor, Cockeysville, MD 21030-1800 |
| 31734357 | | Myson Holding Company LLC, 900 MacPhail Crossing Unit 4C, Bel Air, MD 21015 |
| 31734358 | + | Samuel Mogavero, 1552 Fairview Beach Road, Pasadena, MD 21122-3219 |
| 31769452 | + | Scott B. Wheat, 502 Washington Ave., Suite 730, Towson, MD 21204-4525 |
| 31734382 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 31734354 | ++ | TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, TBTA TOLL GROUP, 2 BROADWAY 24TH FLOOR, NEW YORK NY 10004-2207 address filed with court:, MTA Bridges & Tunnels, Park 1, New York, NY 10035 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 31734385 | | Email/Text: lwkade21@aacounty.org | Aug 21 2025 19:26:00 | Anne Arundel County, Maryland, Office of Law, 2660 Riva Road, 4th Floor, Annapolis, MD 21401 |
| 31734341 | | Email/Text: bankruptcy@baltimorecountymd.gov | Aug 21 2025 19:26:00 | Baltimore County, 400 Washington Ave, Towson, MD 21204 |
| 31734342 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2025 19:26:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 31734381 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 21 2025 19:26:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31734336 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 21 2025 19:26:00 | State of Maryland, Comptroller of the Currency, Compliance Division, Room 409, 301 West Preston Street, Baltimore, MD 21201 |
| 31734338 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 21 2025 19:26:00 | Chex System, Inc., Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 31734343 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Aug 21 2025 19:26:00 | City of Baltimore, Bureau of Revenue Collections, 200 Holliday Street, Baltimore, MD 21202-6294 |
| 31734344 | + | Email/Text: documentfiling@lciinc.com | Aug 21 2025 19:26:00 | Comcast Corporation, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 31734345 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 21 2025 19:26:24 | Convergent Outsourcing, Inc., 800 SW 39th Street, Renton, WA 98057-4927 |
| 31749691 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2025 19:26:00 | Department of the Treasury, Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 31734337 | | Email/Text: bankruptcycourts@equifax.com | Aug 21 2025 19:26:00 | Equifax Information Services, LLC, PO Box 740256, Atlanta, GA 30348 |
| 31734347 | | Email/Text: rmurphy1@firstinsurancefunding.com | Aug 21 2025 19:26:00 | First Insurance Funding, 450 Stokie Boulevard, #1000, Northbrook, IL 60062 |
| 31734350 | | Email/Text: mdtaoag@mdta.state.md.us | Aug 21 2025 19:26:00 | Maryland Transportation Authority, 2310 Broening Highway, Baltimore, MD 21224 |
| 31734351 | | Email/Text: bknotices@mbandw.com | Aug 21 2025 19:26:00 | McCarthy, Burgess & Wolff, 26000 Cannon Rd., Bedford, OH 44146 |
| 31734356 | | Email/Text: mvabankruptcynotices@mdot.maryland.gov | Aug 21 2025 19:26:00 | MVA, 6601 Ritchie Hwy NE, Glen Burnie, MD 21062-1000 |
| 31734386 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Aug 21 2025 19:26:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 31734361 | + | Email/Text: bankruptcy@bbandt.com | Aug 21 2025 19:26:00 | Truist Bank, 214 N. Tryon Street, Charlotte, NC 28202-1078 |
| 31734383 | | Email/Text: atlreorg@sec.gov | Aug 21 2025 19:26:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 31734384 | | Email/Text: usamd.bankruptcy@usdoj.gov | Aug 21 2025 19:26:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |
| 32791338 | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 21 2025 19:26:00 | US Trustee - Baltimore, Garmatz Federal Courthouse, 101 West Lombard St, Baltimore, MD 21201-2605 |
| 31734362 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 21 2025 19:26:00 | Verizon, Bankruptcy Department, 404 Brock Dr, Bloomington, IL 61701-2654 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31734359 | | State of Delaware, INVALID ADDRESS PROVIDED |
| 31734360 | | Transworld Systems Inc., INVALID ADDRESS PROVIDED |
| 31734380 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 31734335 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| acc | ##+ | Richard Colman, 2 Reservoir Circle Suite 100, Baltimore, MD 21208-6395 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0416-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: stahrgba | Total Noticed: 40 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Mull | bmull@towson.edu |
| Daniel M. Press | dpress@chung-press.com   pressdm@gmail.com,danpress@recap.email |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Hunter C. Piel | hpiel@piellawfirm.com |
| James C. Olson | jolson@jamesolsonattorney.com   jcolson@msn.com |
| Monique Desiree Almy | malmy@crowell.com   cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Scott Bryan Wheat | swheat@piellawfirm.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **21−10213 − NVA**   Chapter: **11**

**Home Sweet Home DD, Inc.**
Debtor

# NOTICE

Virtual hearing − For hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688.

PLEASE TAKE NOTICE that a Status Conference will be held

on 9/10/25 at 11:00 AM

to consider and act upon the following:

1 − Chapter 11 Subchapter V Voluntary Petition Non−Individual. Fee Amount $1738 Filed by Home Sweet Home DD, Inc.. Ch 11 Plan Small Bus Subch V Due by 04/12/2021. Government Proof of Claim due by 07/12/2021. Schedule A/B due 01/26/2021. Schedule D due 01/26/2021. Schedule E/F due 01/26/2021. Schedule G due 01/26/2021. Schedule H due 01/26/2021. Statement of Financial Affairs due 01/26/2021. Summary of Assets and Liabilities due 01/26/2021. Incomplete Filings due 01/26/2021 Appointment of health care ombudsman due by 02/2/2021 (Weiss, Brett) Modified on 1/14/2021 (Hutchinson, Janine).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/21/25

                                            Mark A. Neal, Clerk of Court
                                            by Deputy Clerk, Janine Hutchinson
                                            301−344−3918

Form stathrgmdb (rev. 07/29/2020)