United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 21-10213-NVA |
| Home Sweet Home DD, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 12, 2025 | Form ID: stahrgbp | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Home Sweet Home DD, Inc., 136 Clarence Avenue, Severna Park, MD 21146-1604 |
| aty | + | The Weiss Law Group, LLC, 6404 Ivy Lane, Suite 650, Greenbelt, MD 20770-1427 |
| cr | + | Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202-4346 |
| cr | + | Myson Holding Company, LLC, c/o Hunter C. Piel, Esquire, 502 Washington Avenue, Suite 730, Towson, MD 21204-4525 |
| cr | + | Samuel Mogavero, c/o Law Office of Hunter C. Piel, LLC, 502 Washington Avenue, Suite 730, Towson, MD 21204-4525 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | ##+ | Richard Colman, 2 Reservoir Circle Suite 100, Baltimore, MD 21208-6395 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 14, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Mull | bmull@towson.edu |
| Daniel M. Press | |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: stahrgbp | Total Noticed: 5 |

dpress@chung-press.com pressdm@gmail.com,danpress@recap.email

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Hunter C. Piel

hpiel@piellawfirm.com

James C. Olson

jolson@jamesolsonattorney.com jcolson@msn.com

Monique Desiree Almy

malmy@crowell.com cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com

Scott Bryan Wheat

swheat@piellawfirm.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **21-10213 - NVA**   Chapter: **11**

**Home Sweet Home DD, Inc.**
Debtor

# NOTICE

Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688.

PLEASE TAKE NOTICE that a Status Conference will be held on 11/21/25 at 11:00 AM

to consider and act upon the following:

1 – Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Home Sweet Home DD, Inc.. Ch 11 Plan Small Bus Subch V Due by 04/12/2021. Government Proof of Claim due by 07/12/2021. Schedule A/B due 01/26/2021. Schedule D due 01/26/2021. Schedule E/F due 01/26/2021. Schedule G due 01/26/2021. Schedule H due 01/26/2021. Statement of Financial Affairs due 01/26/2021. Summary of Assets and Liabilities due 01/26/2021. Incomplete Filings due 01/26/2021 Appointment of health care ombudsman due by 02/2/2021 (Weiss, Brett) Modified on 1/14/2021 (Hutchinson, Janine).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/12/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joyce Yalley
410-962-4439

Form stathrgmdb (rev. 07/29/2020)