Entered: November 24th, 2025
Signed: November 21st, 2025

**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| In re: <br><br> **META KARLISE TOWNSEND,** <br><br> *Debtor.* | Case No. 21-10212 NVA <br><br> Chapter 11 |
|---|---|
| In re: <br><br> **HOME SWEET HOME DD, INC.,** <br><br> *Debtor.* | Case No. 21-10213 NVA <br><br> Chapter 11 (SBRA) |
| In re: <br><br> **METS, LLC,** <br><br> *Debtor.* | Case No. 21-10214 NVA <br><br> Chapter 11 (SBRA) |
| **ORDER ENTERING JUDGMENT BY CONSENT** ||

**WHEREAS META KARLISLE TOWNSEND** ("Dr. Townsend") filed for relief under Chapter 11 on January 12, 2021, in Case No. 21-10212 NVA (Case #1) in the U.S. Bankruptcy Court for the District of Maryland, which case was confirmed on June 23, 2022; and

**WHEREAS HOME SWEET HOME DD, INC.** ("HSHDD") filed for relief under Chapter 11 on January 12, 2021, in Case No. 21-10213 NVA (Case #2) in the U.S. Bankruptcy Court for the District of Maryland, which case was confirmed on June 22, 2022; and

**WHEREAS METS, LLC** ("METS") filed for relief under Chapter 11 on January 12, 2021, in Case No. 21-10214 NVA ("Case #3) in the U.S. Bankruptcy Court for the District of Maryland, which case was confirmed on June 22, 2022; and

**WHEREAS** Dr. Townsend, METS, and HSHDD are jointly and severally and justly indebted to **THE WEISS LAW GROUP, LLC,** for awarded and to be awarded fees in Case #1, Case #2, and Case #3 in the amount of $147,650.05 (subject to revision in the event that fees are not approved for the full amount stated); and

**WHEREAS** Dr. Townsend, METS, and HSHDD are jointly and severally and justly indebted to **CROWELL & MORING LLP,** for awarded fees in Case #1, Case #2, and Case #3 in the amount of $42,140.00; and

**WHEREAS** Dr. Townsend, METS, and HSHDD are jointly and severally and justly indebted to **CHUNG & PRESS, P.C.,** for fees to be awarded in Case #2 in the amount of $50,000.00 (subject to revision in the event that fees are not approved for the full amount stated); and

**WHEREAS** Dr. Townsend, METS, and HSHDD, do hereby consent to judgments against them, jointly and severally, for the fees stated above; and

**IT IS HEREBY ORDERED** by the United States Bankruptcy Court for the District of Maryland that judgment is entered in favor of The Weiss Law Group, LLC and jointly and severally against Meta Karlisle Townsend, Home Sweet Home DD, Inc., and METS, LLC, in the amount of $147,650.05; and it is further

**ORDERED** that judgment is entered in favor Crowell & Moring LLP and jointly and severally against Meta Karlisle Townsend, Home Sweet Home DD, Inc., and METS, LLC, in the amount of $42,140.00; and it is further

**ORDERED** that judgment is entered in favor of Chung & Press, P.C. and jointly and severally against Meta Karlisle Townsend, Home Sweet Home DD, Inc., and METS, LLC, in the amount of $50,000.00.

The undersigned do hereby consent to the above.

HOME SWEET HOME DD, INC.

By: _____(SEAL)
META TOWNSEND
President

_____(SEAL)
META TOWNSEND, Individually

METS, LLC

By: _____(SEAL)
META TOWNSEND
Managing Member