UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

---------------------------------------------------------------X
In re:                                          :     Chapter 11 (Subchapter V)
                                                :
Home Sweet Home DD, Inc                         :     Case No.  21-10213-NVA
        **Debtor.**                              :
                                                :
---------------------------------------------------------------X

## STATUS REPORT

Now comes the Debtor in Possession, Home Sweet Home DD, Inc, through counsel, and hereby submits the following status report based on information supplied by the Debtor to counsel.[1]  The Debtor has advised counsel that payment has been made as follows:

A. *Administrative Expenses*: The only outstanding administrative expenses are attorneys fees and fees of the Subchapter V Trustee.  Judgment has been entered on those claims.

B. *Priority Tax Claims*:   Paid in full

C. *Class A: Priority Non-Tax Claims*. None.

D. *Class B:* Baltimore County real property tax claims, Claim Nos. 3, 4, and 5.   Paid in full.

E. *Class C: Municipal Investments tax sale claim*. Paid in full.

F: *Class D: Myson Holding Company, LLC*.   Paid current per the Plan.

G. *Class E: IRS lien on all property*.   Paid in full.

H. *Class F: Anne Arundel County secured claim*.  Not paid

I. *Class G (Mogavero).*  Paid current per the plan.

J. *Class H (PPP Loan).*  Forgiven.

---

[1] L.R. 3022-1(a) was not adopted until December 1, 2023, well after the Plan in this case was confirmed; and as such, Debtor maintains that it does not apply to this case.  However, this report is being submitted as requested by the Court.

*J. Class I: General unsecured claims.*

    Gordon Feinblatt: Not Paid- Arranging to pay

    IRS  (Not Paid- Payment arranged for Jan 2026)

    ABW Accounting  Not Paid: Payment arranged for Jan 2026)

    Apex Financial Services, LLC   Paid $4,500 to date

    Baltimore County   (Paid)

    City of Baltimore (Paid)

    *Maryland Transportation Authority (Not Paid: Payment arranged for Jan 2026)

    MTA Bridges & Tunnels (Not Paid: Payment arranged for Jan 2026)

    MVA (Not Paid: Payment arranged for Jan 2026

    State of Delaware  (Not Paid: Payment arranged for Jan 2026)

    Truist Bank  (Not Paid: Payment arranged for Jan 2026)

    Respectfully submitted,

    /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Debtor

CERTIFICATE OF SERVICE

        This is to certify that on December 23, 2025, I caused the foregoing document to be served by CM/ECF upon the United States Trustee, Subchapter V Trustee, and the following parties:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Bryan Mull bmull@towson.edu

James C. Olson jolson@jamesolsonattorney.com,
jcolson@msn.com

Hunter C. Piel hpiel@piellawfirm.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Scott Bryan Wheat swheat@piellawfirm.com

And by first class mail, postage prepaid, upon all creditors and parties in interest on the attached matrix.

                                         /s/ Daniel M. Press