

**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

Main: 410-887-2601

To: CHUNG & PRESS, P.C.
6718 WHITTIER AVE
STE 200
MCLEAN, VA 22101

Case Number: C-03-JG-26-000190
Other Reference Number(s):
21-10212 NVA; 21-10213 NVA; 21-10214

THE WEISS LAW GROUP LLC, ET AL. VS. META TOWNSEND, ET AL.

Date: 1/8/2026

## NOTICE OF RECORDED JUDGMENT

**I HEREBY CERTIFY** that the following judgment has been recorded in this court in the above entitled case.

Judgment against:    META K TOWNSEND
136 CLARENCE AVE
SEVERNA PARK    MD 21146

HOME SWEET HOME DD, INC.
META TOWNSEND, RESIDENT AGENT
136 CLARENCE AVE
SEVERNA PARK    MD 21146

METS, LLC
META TOWNSEND, RESIDENT AGENT
136 CLARENCE AVE
SEVERNA PARK    MD 21146

Judgment in favor of:    CHUNG & PRESS, P.C.
6718 WHITTIER AVE
STE 200
MCLEAN    VA 22101

| | | | |
|---|---|---|---|
| Judgment ordered on: | 01/08/2026 | Other fee: | $0.00 |
| Judgment entry date: | 01/08/2026 | Service fee: | $0.00 |
| Amount of judgment: | : : $50,000.00 | Attorney fee: | $0.00 |
| Pre judgment interest: | : : | | |
| Appearance fee: | $0.00 | Total judgment: | $50,000.00 |
| Filing fee: | $0.00 | | |

Comments:    : :

IN TESTIMONY, I set my hand and affix the seal of this court.

2

*Julie L. Ensor*
Julie L. Ensor
Clerk of the Circuit Court

**Notice**

You may receive a Judgment Debtor (Defendant) Information Sheet (CC-DC-CV-114) from the plaintiff or the plaintiff's attorney requesting information under oath about you, your employment, and your assets, liabilities, income, and expenses. You do not have to complete and return that form, but if you fail to do so within the time allowed, you may be summoned to appear or undergo an examination under oath before a judge or examiner regarding those matters. If you fully complete and return the completed Judgment Debtor (Defendant) Information Sheet within the time allowed, you will not be subject to discovery in aid of enforcement for at least one year from the entry of the judgment against you, unless the judgment creditor has been granted leave of court for good cause shown.



**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**

401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

Main: 410-887-2601

To: CROWELL & MORING, LLP

Case Number: C-03-JG-26-000190
Other Reference Number(s):
21-10212 NVA; 21-10213 NVA; 21-10214

THE WEISS LAW GROUP LLC, ET AL. VS. META TOWNSEND, ET AL.

Date: 1/8/2026

## NOTICE OF RECORDED JUDGMENT

I HEREBY CERTIFY that the following judgment has been recorded in this court in the above entitled case.

Judgment against:   META K TOWNSEND
136 CLARENCE AVE
SEVERNA PARK    MD 21146

HOME SWEET HOME DD, INC.
META TOWNSEND, RESIDENT AGENT
136 CLARENCE AVE
SEVERNA PARK    MD 21146

METS, LLC
META TOWNSEND, RESIDENT AGENT
136 CLARENCE AVE
SEVERNA PARK    MD 21146

Judgment in favor of:   CROWELL & MORING, LLP

| | | | |
|---|---|---|---|
| Judgment ordered on: | 01/08/2026 | Other fee: | $0.00 |
| Judgment entry date: | 01/08/2026 | Service fee: | $0.00 |
| Amount of judgment: | ; ; $42,140.00 | Attorney fee: | $0.00 |
| Pre judgment interest: | ; ; | | |
| Appearance fee: | $0.00 | Total judgment: | $42,140.00 |
| Filing fee: | $0.00 | | |

Comments:   ; ;

IN TESTIMONY, I set my hand and affix the seal of this court.

*Julie L. Ensor*
Julie L. Ensor
Clerk of the Circuit Court

**Notice**

CC-CV-035 (Rev. 08/2020)          Page 1 of 2          1/8/2026 3:18 PM

- You may receive a Judgment Debtor (Defendant) Information Sheet (CC-DC-CV-114) from the plaintiff or the plaintiff's attorney requesting information under oath about you, your employment, and your assets, liabilities, income, and expenses. You do not have to complete and return that form, but if you fail to do so within the time allowed, you may be summoned to appear or undergo an examination under oath before a judge or examiner regarding those matters. If you fully complete and return the completed Judgment Debtor (Defendant) Information Sheet within the time allowed, you will not be subject to discovery in aid of enforcement for at least one year from the entry of the judgment against you, unless the judgment creditor has been granted leave of court for good cause shown.



**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754

Main: 410-887-2601

To:  THE WEISS LAW GROUP LLC

Case Number: **C-03-JG-26-000190**
Other Reference Number(s):
21-10212 NVA; 21-10213 NVA; 21-10214

**THE WEISS LAW GROUP LLC, ET AL. VS. META TOWNSEND, ET AL.**

Date: 1/8/2026

## NOTICE OF RECORDED JUDGMENT

**I HEREBY CERTIFY** that the following judgment has been recorded in this court in the above entitled case.

Judgment against:
META K TOWNSEND
136 CLARENCE AVE
SEVERNA PARK      MD 21146

HOME SWEET HOME DD, INC.
META TOWNSEND, RESIDENT AGENT
136 CLARENCE AVE
SEVERNA PARK      MD 21146

METS, LLC
META TOWNSEND, RESIDENT AGENT
136 CLARENCE AVE
SEVERNA PARK      MD 21146

Judgment in favor of:   THE WEISS LAW GROUP LLC

Judgment ordered on:  01/08/2026
Judgment entry date:  01/08/2026
Amount of judgment:  ; ; $147,650.05
Pre judgment interest:  ; ;
Appearance fee:  $0.00
Filing fee:  $0.00

Other fee:  $0.00
Service fee:  $0.00
Attorney fee:  $0.00

**Total judgment:**  $147,650.05

Comments:   ; ;

IN TESTIMONY, I set my hand and affix the seal of this court.

*Julie L. Ensor*
Julie L. Ensor
Clerk of the Circuit Court

**Notice**

You may receive a Judgment Debtor (Defendant) Information Sheet (CC-DC-CV-114) from the plaintiff or the plaintiff's attorney requesting information under oath about you, your employment, and your assets, liabilities, income, and expenses. You do not have to complete and return that form, but if you fail to do so within the time allowed, you may be summoned to appear or undergo an examination under oath before a judge or examiner regarding those matters. If you fully complete and return the completed Judgment Debtor (Defendant) Information Sheet within the time allowed, you will not be subject to discovery in aid of enforcement for at least one year from the entry of the judgment against you, unless the judgment creditor has been granted leave of court for good cause shown.