_____   _X_ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**     Evidentiary Hrg: Y (N)
                                                  Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 11

## STATUS CONFERENCE HELD

Date: 01/23/2026 Time: 11:00

**CASE: 21-10213 Home Sweet Home DD, Inc.**

(Daniel M. Press) representing Home Sweet Home DD, Inc. (Debtor)

representing (Monique Desiree Almy) (Trustee)      (Dr. Meta Townsend)

(Hugh M. (UST) Bernstein) representing US Trustee - Baltimore (U.S. Trustee)

[1] Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Home Sweet Home DD, Inc.. Ch 11 Plan Small Bus Subch V Due by 04/12/2021. Government Proof of Claim due by 07/12/2021. Schedule A/B due 01/26/2021. Schedule D due 01/26/2021. Schedule E/F due 01/26/2021. Schedule G due 01/26/2021. Schedule H due 01/26/2021. Statement of Financial Affairs due 01/26/2021. Summary of Assets and Liabilities due 01/26/2021. Incomplete Filings due 01/26/2021 Appointment of health care ombudsman due by 02/2/2021 (Weiss, Brett) Modified on 1/14/2021 (Hutchinson, Janine).

**MOVANT** : Home Sweet Home DD, Inc. BY D Press

   [181] Line *(Status Report)* on behalf of Home Sweet Home DD, Inc. Filed by Daniel M. Press.

**MOVANT** : Home Sweet Home DD, Inc. BY D Press


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

   Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

   Other_____

   Confirmed_____ as modified by _____

   Denied Confirmation_____ with leave to amend by_____

   Other_____

DISPOSITIONS:

   Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

   Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

   Continued to:  May 1, 2026 at 2:00 p.m._____

DECISION:

```
[ ] Signed by Court            [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel       [ ] Court
    [ ] Respondent's counsel   [ ] Other _____
```

NOTES: