**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

-------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | **:** | **Chapter 11 (Subchapter V)** |
| | **:** | |
| Home Sweet Home DD, Inc | **:** | **Case No.  21-10213-NVA** |
| **Debtor.** | **:** | |
| | **:** | |

-------------------------------------------------------------X

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

       Dated: August 14, 2026.

           /s/ Daniel M. Press         
          Daniel M. Press, #07300
          Law Offices of Daniel M. Press
          201 Washington St.
          Cumberland MD 21502
          (703) 725-7600
          dan@danpress.us

## CERTIFICATE OF SERVICE

    This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Subchapter V Trustee, and all parties requesting notice by CM/ECF, as follows:

Monique Desiree Almy malmy@crowell.com,
cbest@crowell.com,
malmy@ecf.axosfs.com,
monique-almy-7127@ecf.pacerpro.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Bryan Mull bryan.mull@marinerfinance.com

James C. Olson jolson@jamesolsonattorney.com,
jcolson@msn.com

Hunter C. Piel hpiel@piellawfirm.com

Daniel M. Press dpress@chung-press.com,
pressdm@gmail.com,
danpress@recap.email

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Scott B Wheat swheat@fftlaw.com

                 /s/ Daniel M. Press_____
                Daniel M. Press