✓ RETAIN

Nancy V. Alquist , U. S. BANKRUPTCY JUDGE

Evidentiary Hrg: Y (N)
Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 11

Date: 08/13/2026 Time: 03:00

CASE: 21-10213 Home Sweet Home DD, Inc.

Daniel M. Press representing Home Sweet Home DD, Inc. (Debtor)

representing Monique Desiree Almy (Trustee) Dr Townsend

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

[1] Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Home Sweet Home DD, Inc.. Ch 11 Plan Small Bus Subch V Due by 04/12/2021. Government Proof of Claim due by 07/12/2021. Schedule A/B due 01/26/2021. Schedule D due 01/26/2021. Schedule E/F due 01/26/2021. Schedule G due 01/26/2021. Schedule H due 01/26/2021. Statement of Financial Affairs due 01/26/2021. Summary of Assets and Liabilities due 01/26/2021. Incomplete Filings due 01/26/2021 Appointment of health care ombudsman due by 02/2/2021 (Weiss, Brett) Modified on 1/14/2021 (Hutchinson, Janine).

Dan Steakin

**MOVANT** : Home Sweet Home DD, Inc. BY D Press

[181] Line *(Status Report)* on behalf of Home Sweet Home DD, Inc. Filed by Daniel M. Press.

**MOVANT** : Home Sweet Home DD, Inc. BY D Press

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved______ Denied Approval_____ Deadline to file Amended D/S__________

Other______________________________

Confirmed______ as modified by ____________________

Denied Confirmation______ with leave to amend by________________

Other______________________________

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

Moot______ Dismissed_____ Relief by Operation of Law (no order req.)_____

Status conference Continued to: September 29, 2026 at 11:00am (Virtual)

DECISION:

[ ] Signed by Court [ ] Filed by Counsel

[ ] To be prepared by:

[ ] Movant's counsel [ ] Court

[ ] Respondent's counsel [ ] Other ______________________

NOTES: