United States Bankruptcy Court
District of Maryland

In re: Case No. 21-10213-NVA
Home Sweet Home DD, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 2
Date Rcvd: Aug 27, 2026 Form ID: stahrgbp Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 27 2026 19:38:00 | Hugh Bernstein, Esq., Suite 2625, Office of the U.S. Trustee, 101 West Lombard Street, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan Mull | bryan.mull@marinerfinance.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Hunter C. Piel | hpiel@piellawfirm.com |
| James C. Olson | |

| | |
|---|---|
| | jolson@jamesolsonattorney.com jcolson@msn.com |
| Monique Desiree Almy | malmy@crowell.com cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Scott B Wheat | swheat@fftlaw.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **21–10213 – NVA** Chapter: **11**

**Home Sweet Home DD, Inc.**
Debtor

# NOTICE

Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688.

PLEASE TAKE NOTICE that a virtual Status Conference will be held on 9/29/26 at 11:00 AM

to consider and act upon the following:

1 – Chapter 11 Subchapter V Voluntary Petition Non–Individual Filed by Home Sweet Home DD, Inc.. (Weiss, Brett)

181 – Line (Status Report) on behalf of Home Sweet Home DD, Inc. Filed by Daniel M. Press. (Press, Daniel)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/27/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joyce Yalley
410–962–4439