✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y (N)
Exhibits Filed: Y (N)

PROCEEDING MEMO – CHAPTER 11

**STATUS CONFERENCE HELD**

Date: 09/29/2026 Time: 11:00

**CASE: 21−10213 Home Sweet Home DD, Inc.**

Daniel M. Press representing Home Sweet Home DD, Inc. (Debtor)

representing Monique Desiree Almy (Trustee)

Hugh M. (UST) Bernstein representing US Trustee – Baltimore (U.S. Trustee)

[1] Chapter 11 Subchapter V Voluntary Petition Non−Individual. Fee Amount $1738 Filed by Home Sweet Home DD, Inc.. Ch 11 Plan Small Bus Subch V Due by 04/12/2021. Government Proof of Claim due by 07/12/2021. Schedule A/B due 01/26/2021. Schedule D due 01/26/2021. Schedule E/F due 01/26/2021. Schedule G due 01/26/2021. Schedule H due 01/26/2021. Statement of Financial Affairs due 01/26/2021. Summary of Assets and Liabilities due 01/26/2021. Incomplete Filings due 01/26/2021 Appointment of health care ombudsman due by 02/2/2021 (Weiss, Brett) Modified on 1/14/2021 (Hutchinson, Janine).

**MOVANT** : Home Sweet Home DD, Inc. BY D Press

[181] Line *(Status Report)* on behalf of Home Sweet Home DD, Inc. Filed by Daniel M. Press.

**MOVANT** : Home Sweet Home DD, Inc. BY D Press

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_______ Denied Approval_____ Deadline to file Amended D/S___________

Other___________________________________________________________________

Confirmed______ as modified by ________________________________________

Denied Confirmation______ with leave to amend by___________________________

Other___________________________________________________________________

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

Moot_______ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: November 24, 2026 at 2:00 p.m. in Courtroom 2-A, Baltimore

DECISION:

[ ] Signed by Court [ ] Filed by Counsel
[ ] To be prepared by:
[ ] Movant's counsel [ ] Court
[ ] Respondent's counsel [ ] Other ______________________________

NOTES: